IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| Mary Lou Malee, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 11 C 3718 |
| Zimmer, Inc., et al, | ) ) | Judge Rebecca R. Pallmeyer |
| Defendants. | ) ) ) | |

### ORDER

Pursuant to Stipulation, the above cause is dismissed without prejudice, each party to bear its own costs.

ENTER:

Dated: February 20, 2015

_____
REBECCA R. PALLMEYER
United States District Judge